## DISCIPLINARY DOCKET

**92–1392.** Columbus Bar Assn. v. Potts. On motion to pay costs in installments. Motion granted.

WRIGHT, J., not participating.

*Thursday, February 25, 1993*

## MERIT DOCKET

**93–305.** Jacoby v. Lauber. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof, IT IS ORDERED by the court, that said writ of prohibition be, and the same is hereby, denied, effective February 22, 1993.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., would dismiss the cause.

## MOTION DOCKET

**93–332.** Morgan v. Mattes. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to expedite and "stay preceding [*sic*]" of trial date,

IT IS ORDERED by the court, that motion to expedite and "stay preceding [*sic*]" of trial date be, and the same is hereby, denied, effective February 22, 1993.

## MISCELLANEOUS DISMISSALS

**91–1328.** Page v. A.E.I. Group, Inc. *Franklin County*, No. 90AP–151. Cause dismissed, on appellant's application for dismissal, effective February 22, 1993.

**92–308.** Church v. Gadd. *Geauga County*, No. 90–G–1616. Cause dismissed, on appellant's application for dismissal, effective February 22, 1993.

**93–99.** Ola v. Macfee. *Cuyahoga County*, No. 61112. Cause dismissed, on appellant's application for dismissal, effective February 22, 1993.